UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HEWITT, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 21-CV-02155-LHK<br><br>**ORDER REFERRING DISCOVERY** |

On June 24, 2021, the Court consolidated the above captioned case with *Delahunty v. Google*, No. 21-CV-03360-LHK (N.D. Cal. filed May 5, 2021) and *Toronto v. Google*, No. 21-CV-03725-LHK (N.D. Cal. filed May 18, 2021). ECF No. 69. The Court refers discovery in *Hewitt*, *Delahunty*, and *Toronto* to United States Magistrate Judge Virginia K. DeMarchi.

**IT IS SO ORDERED.**

Dated: June 29, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge